**MORGAN, LEWIS & BOCKIUS LLP**
Ahren C. Hsu-Hoffman, Bar No. 250469
ahren.hsu-hoffman@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
23andMe, Inc.

**SAND, SEBOLT AND WERNOW CO., LPA**
Howard L. Wernow (*pro hac vice*)
howard.wernow@sswip.com
4940 Munson Street NW
Aegis Tower - Suite 1100
Canton, OH 44718
Tel:    +1.330.244.1174
Fax:   +1.330.244.1173

**KARISH & BJORGUM, PC**
Marc Allen Karish (Bar No. 205440)
marc.karish@kb-ip.com
119 E. Union Street Suite B
Pasadena, CA 91103
Tel:    +1.213.785.8070
Fax:   +1.213.995.5010

Attorneys for Plaintiff
Symbology Innovations, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Symbology Innovations, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>23andMe, Inc.,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-02828<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT 23ANDME, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME; CASE NO. 3:20-CV-02828 WHO

DB2/ 39031267.1

1  Plaintiff Symbology Innovations, LLC and Defendant 23andMe, Inc. ("23andMe"), by
2  and through their undersigned respective counsel, hereby agree and stipulate that the time for
3  23andMe to move, answer, or otherwise respond to the Complaint is hereby extended through and
4  including July 10, 2020.

5  The extension of time is necessary so that 23andMe has sufficient time to investigate the
6  allegations in the Complaint and for the parties to discuss potential resolution of this matter.

Dated: May 26, 2020  Respectfully submitted,

By   /s/ Ahren C. Hsu-Hoffman
Ahren C. Hsu-Hoffman, Bar No. 318434
ahren.hsu-hoffman@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

*Attorneys for Defendant 23andMe, Inc.*

Dated: May 26, 2020

By   /s/ Howard L. Wernow
Howard L. Wernow (*pro hac vice*)
howard.wernow@sswip.com
**SAND, SEBOLT AND WERNOW CO., LPA**
4940 Munson Street NW
Aegis Tower - Suite 1100
Canton, OH 44718
Tel:     +1.330.244.1174
Fax:    +1.330.244.1173

Marc Allen Karish (Bar No. 205440)
marc.karish@kb-ip.com
**KARISH & BJORGUM, PC**
119 E. Union Street Suite B
Pasadena, CA 91103
Tel:     +1.213.785.8070
Fax:    +1.213.995.5010

*Attorneys for Plaintiff Symbology Innovations, LLC*

## FILER'S ATTESTATION

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Ahren C. Hsu-Hoffman, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of May, 2020, at Palo Alto.

By: /s/ Ahren C. Hsu-Hoffman
Ahren C. Hsu-Hoffman

SO ORDERED this _____ day of _____, 2020.

By _____
The Honorable William H. Orrick
United States District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB2/ 39031267.1

2

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME  3:20-CV-02828