Marc A. Karish
Karish & Bjorgum, PC
119 East Union Street – Suite B
Pasadena, California 91103
Phone: (213) 785-8071
Fax: (213) 995-5010
Email: marc.karish@kb-ip.com

Howard L. Wernow (*Pro hac vice*)
Sand, Sebolt & Wernow Co., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Phone: (330)244-1174
Fax: (330) 244-1173
Email: howard.wernow@sswip.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**23ANDME, INC.,**<br><br>**Defendant.** | **Civil Action No.:  3:20-cv-02828-WHO**<br><br>**TRIAL BY JURY DEMANDED** |

**JOINT NOTICE OF SETTLEMENT AND
MOTION TO STAY ALL DEADLINES**

Now come Plaintiff, Symbology Innovations LLC, and Defendant, 23andMe, Inc. (collectively the "Parties"), by and through undersigned counsel and subject to

JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES- 1

the approval of this Court, and hereby file this Joint Notice of Settlement and Motion to Stay All Deadlines, and in support thereof, respectfully show the Court as follows:

All matters in controversy between the Parties have been settled in principle. The Parties are in the process of memorializing the terms of a written settlement agreement. The Parties anticipate that they will be able to perform such terms within forty-five (45) days. Accordingly, the Parties respectfully request that the Court grant a stay of the proceedings between the Parties, including the deadline for Defendant to respond to the complaint and all other deadlines, until August 14, 2020.

Good cause exists for granting this Joint Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with Defendant about the issues presented here.

| | | |
|---|---|---|
| 1 | Dated: June 30, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | Marc A. Karish<br>KARISH & BJORGUM, PC | SAND, SEBOLT & WERNOW CO., LPA |
| 4 | 119 East Union Street – Suite B | */s/ Howard L. Wernow* |
| 5 | Pasadena, California 91103<br>Phone: (213) 785-8071 | Howard L. Wernow (*Pro hac vice*)<br>Aegis Tower – Suite 1100 |
| 6 | Fax: (213) 995-5010 | 4940 Munson Street NW |
| 7 | Email: marc.karish@kb-ip.com | Canton, Ohio 44718<br>Phone: (330)244-1174 |
| 8 | | Fax: (330) 244-1173 |
| 9 | | Email: howard.wernow@sswip.com |
| 10 | | **ATTORNEYS FOR PLAINTIFF** |
| 11 | | |
| 12 | | MORGAN, LEWIS & BOCKIUS, LLP |
| 13 | | */s/ Ahren C. Hsu-Hoffman* |
| 14 | | Ahren C. Hsu-Hoffman |
| 15 | | 1400 Page Mill Road<br>Palo Alto, California 94304 |
| 16 | | Phone: (650) 843-7250 |
| 17 | | Fax: (650) 843-4001<br>Email: ahren.hsu-hoffman@morganlewis.com |
| 18 | | |
| 19 | | **ATTORNEY FOR DEFENDANT** |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES- 3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 30, 2020, to all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Howard L. Wernow*
Howard L. Wernow
